IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **PETRINA GEASON,** § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:14-CV-1353-N |
| § | |
| **CAROLYN W. COLVIN,** § | |
| **Acting Commissioner of Social Security,** § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the final decision of the Commissioner is REVERSED and REMANDED for further proceedings consistent with the Magistrate Judge's Findings, Conclusions and Recommendation. .

**SO ORDERED** this 24th day of August, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE